## BRUGERE v. SLIDELL.

## HEATH v. SLIDELL.

ERROR TO THE SUPREME COURT OF THE STATE OF LOUISIANA.

Nos. 479, 532. Submitted January 8, 1874. — Decided January 19, 1874.

*Bigelow* v. *Forrest*, 9 Wall. 339, and *Day* v. *Micou*, 18 Wall. 156, followed.

Mr. Justice Strong delivered the opinion of the court.

Both these cases are controlled by the decisions made in *Bigelow* v. *Forrest*, 9 Wall. 339, and in *Day* v. *Micou*, just decided, 18 Wall. 156.

Judgment in both cases *Affirmed.*

*Mr. L. M. Day* for plaintiffs in error.

*Mr. Thomas Allen Clarke* for defendants in error.